In the Matter of REYNOLDS ROBERTSON (Also Known as JOHN REYNOLDS ROBERTSON), an Attorney, Respondent.

First Department, April 5, 1940.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On December 21, 1939, in the Court of General Sessions of the County of New York, the respondent pleaded guilty to the crime of forgery in the second degree. Said crime is a felony.

Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, he must, therefore, be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, DORE and COHN, JJ.

Respondent disbarred.